IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nubian Amon-Ra,<br><br>  Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>  Respondents. | No. CV-16-00253-TUC-CKJ<br><br>**ORDER** |

On March 24, 2016, Magistrate Judge Leslie A. Bowman issued a Report and Recommendation in which she recommended that the *Pro Se* Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 and the Motion for Writ of Habeas Corpus ad prosequendum be denied. (Doc. 30.) The Report and Recommendation notified the parties that they had fourteen days to file any objections. No objections have been filed.

The Court reviews de novo any objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also, Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).

The Court has reviewed and considered the *Pro Se* Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254; the Answer to the Petition; the Reply; the exhibits, and the Report and Recommendation. The Court finds no error.

Accordingly, after an independent review,

IT IS ORDERED:

    1.    The Report and Recommendation (Doc. 30) is ADOPTED;

    2.    The *Pro Se* Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 is DENIED.

    3.    The Motion for Writ of Habeas Corpus ad prosequendum (Doc. 18) is DENIED.

    4.    The Clerk of Court is directed to close the case.

Dated this 2nd day of December, 2016.

*[signature]*
Honorable Cindy K. Jorgenson
United States District Judge